IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LETTIE MALONE ANDERSON,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION NO. 10-0055-CG-N** |
| **STATE FARM FIRE AND CASUALTY** : | |
| and **JAMES P. GREEN,** | |
| : | |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 19, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 17th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE