# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**LETTIE MALONE ANDERSON,**             :

    **Plaintiff,**                      :

**vs.**                                 :   **CIVIL ACTION NO. 10-0055-CG-N**

**STATE FARM FIRE AND CASUALTY**        :
**and JAMES P. GREEN,**

                                      :

    **Defendants.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 19, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 17th day of March, 2010.

                              /s/ Callie V. S. Granade
                              UNITED STATES DISTRICT JUDGE