IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LETTIE MALONE ANDERSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 10-0055-CG-N |
| STATE FARM FIRE AND CASUALTY and JAMES P. GREEN, | : |
| | : |
| Defendants. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) is **DENIED,** and that this action is hereby **DISMISSED WITHOUT PREJUDICE** prior to service.

**DONE and ORDERED** this 17th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE